IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: |
| HICHEM BEN HADJ ALI | : | VIOLATIONS:<br>18 U.S.C. § 1425(a) (procurement of |
| | : | citizenship unlawfully – 1 count)<br>18 U.S.C. § 1425(b) (procurement of |
| | : | citizenship unlawfully – 1 count) |

## COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about April 7, 2016, through on or about August 8, 2016, in the

Eastern District of Pennsylvania, defendant

**HICHEM BEN HADJ ALI**

knowingly procured, contrary to law, naturalization as a United States citizen for himself, by

making in connection with his application for naturalization knowingly false representations and

statements on his Form N-400, Application for Naturalization, and in sworn statements to

immigration and naturalization officials, including:

    a.  that he had never been involved in any way with killing, or trying to kill,

        someone, when in fact, as defendant ALI then knew, these representations and

        statements were false based on his crimes committed beginning on or about

        December 21, 2002, that is, reckless homicide and injury, in Badajoz, Spain;

    b.  that he had not ever been arrested or detained by law enforcement, when in

        fact, as defendant ALI then knew, these representations and statements were

        false based on his arrest on or about December 21, 2002, and his confinement

in custody from on or about December 23, 2002, until on or about January 13, 2009, in Spain;

c.   that he had not ever been charged with committing, attempting to commit, or assisting in committing a crime or offense, when in fact, as defendant ALI then knew, these representations and statements were false based on him being charged with reckless homicide and injury on or about December 21, 2002, in Badajoz, Spain;

d.   that he had not ever been convicted of a crime or offense, when in fact, as defendant ALI then knew, these representations and statements were false based on him being convicted of reckless homicide and injury on or about August 8, 2006, in Badajoz, Spain; and

e.   that he had not ever been in jail or prison, when in fact, as defendant ALI then knew, these representations and statements were false based on him being jailed and imprisoned from on or about December 23, 2002, until on or about January 13, 2009, in Spain.

In violation of Title 18, United States Code, Section 1425(a).

2

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about April 7, 2016, through on or about August 8, 2016, in the Eastern District of Pennsylvania, defendant

### HICHEM BEN HADJ ALI

knowingly procured, obtained, and applied for naturalization as a United States citizen for himself, to which he was not entitled, because at the of time of his application for naturalization, defendant ALI could not satisfy the requirements for naturalization, pursuant to Title 8, United States Code, Section 1427, in that he was not a person of "good moral character," given that he gave false testimony for the purpose of obtaining any benefits under Chapter 12 of Title 8 of the United States Code, as set forth and charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 1425(b).

**A TRUE BILL:**

_Salvatore L. Astolfi  for_
**DAVID METCALF**
**UNITED STATES ATTORNEY**

3

*No.* _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

HICHEM BEN HADJ ALI

INDICTMENT

Counts
18 U.S.C. § 1425(a) (procurement of citizenship unlawfully – 1 count)
18 U.S.C. § 1425(b) (procurement of citizenship unlawfully – 1 count)



_____day,

Bail, $_____