IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia                          County:  Philadelphia

City and State of Defendant:  Philadelphia, Pennsylvania

County:  Philadelphia                    Register number: _____

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: EDPA                          County:   EDPA

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number: _____                Judge: _____

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.          ○ Antitrust

2.          ○ Income Tax and other Tax Prosecutions

3.          ○ Commercial Mail Fraud

4.          ○ Controlled Substances

5.          ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.          ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 1425(a) (procurement of citizenship unlawfully – 1 count)
18 U.S.C. § 1425(b) (procurement of citizenship unlawfully – 1 count)

DATE: January 8, 2026            *s/ Josh A. Davison* _____
                                 JOSH A. DAVISON
                                 Assistant United States Attorney

File No. 2023-00044
U.S. v. Hichem Ben Hadj Ali